THE HONORABLE BENJAMIN SETTLE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

KENNETH GORTON,

                Plaintiff,

v.

GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a foreign corporation doing business in Washington,

                Defendant.

Case No. 13-5409 BHS

JURY DEMAND

FRCP 38(b); 81(c)(3)(B)
LOCAL RULE CR101(d)

**TO:**     **THE CLERK OF THE COURT; and**

**TO:**     **CHARLES NEWTON, Attorney for Defendant.**

YOU AND EACH OF YOU WILL PLEASE TAKE NOTICE that Plaintiff, through his undersigned attorney of record, hereby submits a jury demand for all triable issues in the above-captioned lawsuit pursuant to Fed. R. Civ. P. 38(b) and 81(c)(3)(B), as well as Local Rule CR101(d).

DATED:    July 9, 2013

/S/Kenneth Gorton
By: Kenneth Gorton
WSBA No. 37597
Attorney for Plaintiff
(360) 459-5600 / (360) 584-3667
ken.g@rm-law.us

JURY DEMAND
Page 1 of 1

**LAW OFFICE OF KENNETH GORTON**
8506 Goodman Dr. NW, Gig Harbor WA 98332
PO Box 88701 Steilacoom WA 98388
Office: (360) 584-3667