HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

KENNETH GORTON,

    Plaintiff,

v.

GREAT LAKES EDUCATIONAL LOAN SERVICES, INC., a foreign corporation doing business in Washington,

    Defendant.

NO. 3:13-CV-05409 BHS

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

    Plaintiff, Kenneth Gorton, appearing *pro se*, and Defendant Great Lakes Educational Loan Services, Inc., by and through the undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate to the voluntary dismissal of the above-captioned lawsuit **with prejudice** and without costs or attorneys' fees to either party.

///

///

///

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE - 1
(Case No. 3:13-CV-05409 BHS)

{02358541.DOCX;1 }

CAIRNCROSS & HEMPELMANN,
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington 98104-2323
office 206 587 0700   fax 206 587 2308

DATED this 12th day of August, 2013.

CAIRNCROSS & HEMPELMANN, P.S.

/s/ Charles E. Newton
Charles E. Newton WSBA No. 36635
524 Second Avenue, Suite 500
Seattle, WA  98104-2323
Telephone: (206) 587-0700
Facsimile: (206) 587-2308
E-mail: cnewton@cairncross.com
Attorneys for Defendant Great Lakes Educational Loan Services, Inc.

KENNETH GORTON, *Pro Se*

/s/ Kenneth Gorton
Kenneth Gorton, *Pro Se,* WSBA No. 37597
8765 Tallon Lane NE, Suite A
Lacey, WA  98516
Telephone:  (360) 459-5600
Email: kennethgorton@gmail.com

## ORDER OF DISMISSAL

It is so ordered.

DATED this ___19___ day of August, 2013.

_____
United States District Judge

STIPULATION AND ORDER OF DISMISSAL
WITH PREJUDICE - 2
(Case No. 3:13-CV-05409 BHS)

{02358541.DOCX;1 }

CAIRNCROSS & HEMPELMANN,
ATTORNEYS AT LAW
524 Second Avenue, Suite 500
Seattle, Washington  98104-2323
office 206 587 0700   fax 206 587 2308